| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Daryl Alan Greninger** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Nichole Lynn Greninger** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON | |
| Case number (if known) | **19-02684-FPC12** | ■ Check if this is an amended filing |

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|---|
| **2.1** | **CNH Industrial Capital** <br> Creditor's Name <br><br> **PO Box 71264** <br> **Philadelphia, PA** <br> **19176-6264** <br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br><br> **Business debt - Case IH Steiger 275** <br><br> As of the date you file, the claim is: Check all that apply. <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $8,883.00 | $41,801.00 | $0.00 |
| | **Who owes the debt?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply. <br> ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred _____ | Last 4 digits of account number   **7406** | | | |

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Douglas Country Treasurer** | Describe the property that secures the claim: | $0.00 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Property Taxes** | | | |

**PO Box 609**
**Waterville, WA 98830**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.3 | **Farm Credit Services of America** | Describe the property that secures the claim: | $13,992.13 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**c/o Sahwn B Rediger**
**601 Union Street, Suite 4100**
**Seattle, WA 98101**
Number, Street, City, State & Zip Code

**John Deere, Model 9610, Combine with Serial No. H09610X682078 John Deere, Model 930, Grain Platform Head with Serial No. H00930P662021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** **5030**

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Glacier Family of Banks** | Describe the property that secures the claim: | $31,191.24 | $0.00 | $31,191.24 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**PO Box 1648**
**Chelan, WA 98816**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number **0001**

| 2.5 | **Glacier Family of Banks** | Describe the property that secures the claim: | $300,400.00 | $0.00 | $300,400.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**PO Box 1648**
**Chelan, WA 98816**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number **0005**

| 2.6 | **Glacier Family of Banks** | Describe the property that secures the claim: | $92,808.14 | $0.00 | $92,808.14 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**PO Box 1648**
**Chelan, WA 98816**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number **0004**

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.7 | **Glacier Family of Banks** | Describe the property that secures the claim: | $32,453.27 | $117,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Farmland in Mansfield, WA** <br> **Parcel Number: 28263320000** | | | |
| | **PO Box 1648** <br> **Chelan, WA 98816** | As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ **Check if this claim relates to a community debt** | ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** _____ | | | |

| 2.8 | **Glacier Family of Banks** | Describe the property that secures the claim: | $388,332.04 | $300,400.00 | $87,932.04 |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Farmland inMansfield, WA** <br> **Parcel Numbers: 2625081003; 27251910001; 27252730000; 26253340002** | | | |
| | **PO Box 1648** <br> **Chelan, WA 98816** | As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ **Check if this claim relates to a community debt** | ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** _____ | | | |

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.9 | **Glacier Family of Banks** | Describe the property that secures the claim: | $96,947.75 | $94,000.00 | $2,947.75 |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Farmland in Mansfield, WA** **Parcel Numbers: 26250710002; 26251710001; 26250820001** | | | |

**PO Box 1648**
**Chelan, WA 98816**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| 2.10 | **Glacier Family of Banks** | Describe the property that secures the claim: | $0.00 | $75,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Farmland in Mansfield, WA** **Parcel Numbers: 27253530001; 27253520001** | | | |

**PO Box 1648**
**Chelan, WA 98816**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1.1 | **Horizon Credit Union** | Describe the property that secures the claim: | $4,768.39 | $5,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2004 Chevy Silverado** <br> **Son's truck, cosigned loan** | | | |

**PO Box 15128**
**Spokane, WA 99215**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** **0206**

| 2.1.2 | **Les Schwab Tires** | Describe the property that secures the claim: | $642.03 | $0.00 | $642.03 |
|---|---|---|---|---|---|
| | Creditor's Name | **Revolving Account - Purchase of tires and services** | | | |

**PO Box 5350**
**Bend, OR 97708**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** **1340**

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.13 | **Les Schwab Tires** | Describe the property that secures the claim: | $1,737.41 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Revolving Account for purchase of tires and services** | | | |
| | **PO Box 5350** | As of the date you file, the claim is: Check all that apply. | | | |
| | **Bend, OR 97708** | ☐ Contingent | | | |
| | Number, Street, City, State & Zip Code | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ■ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) | | | |
| | **Date debt was incurred** | **Last 4 digits of account number** **0995** | | | |

| 2.14 | **Les Schwab Tires** | Describe the property that secures the claim: | $642.03 | $0.00 | $642.03 |
|---|---|---|---|---|---|
| | Creditor's Name | **Revolving Account for purchase of tires and services** | | | |
| | **PO Box 5350** | As of the date you file, the claim is: Check all that apply. | | | |
| | **Bend, OR 97708** | ☐ Contingent | | | |
| | Number, Street, City, State & Zip Code | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ■ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ■ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) | | | |
| | **Date debt was incurred** | **Last 4 digits of account number** **1340** | | | |

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.15 | **McKay Seed Company, Inc** <br> Creditor's Name <br><br> **39355 Sorenson Rd N** <br> **Almira, WA 99103-8715** <br> Number, Street, City, State & Zip Code <br><br> **Who owes the debt?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ **Check if this claim relates to a community debt** <br><br> **Date debt was incurred** _____ | **Describe the property that secures the claim:** <br> **Business Debt** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Nature of lien.** Check all that apply. <br> ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ <br><br> **Last 4 digits of account number** _____ | **$19,439.00** | **$0.00** | **$19,439.00** |
|---|---|---|---|---|
| 2.16 | **North Cascades Bank** <br> Creditor's Name <br><br> **PO Box 1648** <br> **Chelan, WA 98816** <br> Number, Street, City, State & Zip Code <br><br> **Who owes the debt?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ **Check if this claim relates to a community debt** <br><br> **Date debt was incurred** _____ | **Describe the property that secures the claim:** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Nature of lien.** Check all that apply. <br> ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ <br><br> **Last 4 digits of account number** **1868** | **$300,400.00** | **$0.00** | **$300,400.00** |

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.17 | **North Cascades Bank** | Describe the property that secures the claim: | $35,330.13 | $0.00 | $35,330.13 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

    **PO Box 1648**
    **Chelan, WA 98816**
    Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____ **Last 4 digits of account number** **0490**

---

| 2.18 | **Numerica Credit Union** | Describe the property that secures the claim: | $4,184.93 | $18,700.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2014 Ford Expedition** | | | |

    **PO Box 4000**
    **Spokane Valley, WA 99037**
    Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____ **Last 4 digits of account number** **6446**

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.19

**Numerica Credit Union**
Creditor's Name

**PO Box 4000**
**Spokane Valley, WA**
**99037**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2009 Dodge Ram 2500**

$20,329.56  $21,500.00  $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** **6446**

---

### 2.20

**Numerica Credit Union**
Creditor's Name

**PO Box 4000**
**Spokane Valley, WA**
**99037**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

$4,146.00  $0.00  $4,146.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 1 | **Quicken Loans** | Describe the property that secures the claim: | $158,994.00 | $190,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Residence** | | | |
| | **PO Box 6577** <br> **Carol Stream, IL 60197** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ **Check if this claim relates to a community debt** | ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** **1240** | | | |

| 2.2 2 | **USDA** | Describe the property that secures the claim: | $20,387.70 | $117,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Business Debt - Farmland in Mansfield, WA** <br> **Parcel Number: 28263320000** | | | |
| | **1400 Independence Avenue SW** <br> **Stop 0506** <br> **Washington, DC 20250-0506** | **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | **Nature of lien.** Check all that apply. | | | |
| | **Who owes the debt?** Check one. | ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ | | | |
| | ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ **Check if this claim relates to a community debt** | | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** _____ | | | |

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.23 Washington Trust Bank

Creditor's Name

**PO Box 2127**
**Spokane, WA 99210**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2008 Wildcat Fifth Wheel**

$22,372.78    $10,000.00    $12,372.78

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** **0110**

---

### 2.24 Washington Trust Bank

Creditor's Name

**PO Box 2127**
**Spokane, WA 99210**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2008 Glastron 205**

$25,000.00    $10,000.00    $15,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,583,381.53** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,583,381.53** |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**AgDirect**
**PO Box 2409**
**Omaha, NE 68103-2409**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 13

| Debtor 1 | **Daryl Alan Greninger** | | | Case number (if known) | **19-02684-FPC12** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nichole Lynn Greninger** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Brian Walker**
**Ogden Murphy Wallace PLLC**
**1 Fifth Street, Suite 200**
**Wenatchee, WA 98807-1606**

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**CNH Capital**
**PO Box 78004**
**Phoenix, AZ 85004**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**USSA Federal Savings Bank**
**215 Melody Lane**
**Wenatchee, WA 98801**

On which line in Part 1 did you enter the creditor? **2.22**

Last 4 digits of account number ___

---